

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-13-00129-CV

---

CAROL HALL, APPELLANT

V.

PARK PLACE MOTORCARS MID CITIES, LTD., D/B/A PARK PLACE MOTORCARS
BEDFORD AND MERCEDES-BENZ USA, L.L.C., APPELLEES

---

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153,245684-10, Honorable Ken Curry, Presiding

---

May 16, 2013

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On May 1, 2013, appellant, Carol Hall, filed a motion to dismiss her appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, appellant's appeal is dismissed. See TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. See TEX. R. APP. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would

otherwise be entitled, the Court directs appellees to file a timely motion for rehearing.

No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice
